# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Abtech Holdings, Inc.<br><br>-v-<br><br>National Union Fire Insurance Company of Pittsburgh, PA | Plaintiff,<br><br><br><br>Defendant. |

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Abtech Holdings, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly-held corporations owning 10% or more of Abtech Holdings, Inc.'s stock.

Abtech Holdings, Inc. is the parent corporation of the following subsidiaries: AbTech Industries, Inc.; AEWS Engineering LLC; and AbTech Industries (UK) Limited.

AbTech Industries, Inc. is the parent corporation of subsidiary Environmental Security Corporation.

Date: 07/11/2016

/s/ Robin L. Cohen
Signature of Attorney

Attorney Bar Code: RC0815