AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16cv5516

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  National Union Fire Insurance Company of Pittsburgh, PA
was received by me on *(date)*   07/15/2016   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Stephanie Baldelli (Paralegal)  , who is
designated by law to accept service of process on behalf of *(name of organization)*   National Union Fire Insurance Company of Pittsburgh, PA   at: 4:37 PM   on *(date)*   07/15/2016   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/19/2016                                *[signature]*
                                                  *Server's signature*

                                                  Jolantyna Cagney (# 1J6-9105)
                                                  *Printed name and title*

                                                  C/O SPECIAL DELIVERY
                                                  5470 L B J Freeway • Dallas, Texas 75240
                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

Served at: c/o AIG, 175 Water Street, New York, New York 10038

Stephanie Baldelli is white female with dirty blonde hair. She is approximately 36 years old, 5'5" height and 125 lbs.